| | |
|---|---|
| 1 | Peter M. Hart (SBN 107920), Peter.hart@leclairryan.com |
| | LeClairRyan, LLP |
| 2 | 44 Montgomery Street, 18th Floor |
| | San Francisco, California 94104-4705 |
| 3 | Telephone: (415) 391-7111 |
| | Telefax: (415) 391-8766 |

*Admitted Pro Hac Vice*
Lawrence Grable, lawrenceg@trmglaw.com
Tomlinson Rust McKinstry Grable, P.C.
Two Leadership Square, Suite 450
211 North Robinson Avenue
Oklahoma City, OK 73102
Telephone: (405) 606-3350
Telefax: (866) 633-6165

Attorneys for Defendant
G C & S CO. (TRANSPACIFIC INC.),
d/b/a PACIFIC TRADING

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTLAND GIFT, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PRODUCT DESIGN CORPORATION, a California Corporation; MICHAEL DOWDALL, an individual; JAMES BRADSHAW, an individual; and G C & S CO. (TRANSPACIFIC INC.), d/b/a PACIFIC TRADING, an Oklahoma Corporation, and DOES 1-100, <br><br> Defendants. | Case No.:3:11-cv-01307 JSW <br><br> **MODIFIED STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT G C &S CO. (TRANSPACIFIC INC.) d/b/a PACIFIC TRADING'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> Date:    July 8, 2011 <br> Time:    9:00 a.m. <br> Courtroom: 11, 19th Floor |

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES TO THIS ACTION, that the hearing date on the Motion to Dismiss brought by G C & S CO. (TRANSPACIFIC INC.), d/b/a PACIFIC TRADING be continued to ~~August 5, 2011~~ August 26, 2011 at 9:00 a.m. in Courtroom 11, 19th Floor. Opposition to the motion is due

---

1
STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS
CASE NO. 3:11-cv-01307 JSW

to be filed and served no later than June 17, 2011. Any reply to the opposition shall be filed and served within seven days of electronic service of any opposition to the motion through the ECF System of the Court.

Dated: June 13, 2011          Respectfully submitted,

By: _____/s/_____
Peter M. Hart
peter.hart@leclairryan.com
LeClairRyan LLP
44 Montgomery Street, 18th Fl.
San Francisco, CA 94104
(415) 391-7111

Dated: June 13, 2011          By: _____/s/_____
Anne Hiaring Hocking
anne@hiaringlaw.com
Kathy H Dong
kathy@hiaringsmith.com
Vijay K. Toke
vijay@hiaringsmith.com
Hiaring Smith LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
(415) 457-2040

Dated: June 13, 2011          By: _____/s/_____
James Bradshaw
jbradshaw2161@gmail.com
2161 Thornecroft Lane
Roseville, CA 95747
(913) 461-3822

| | |
|---|---|
| Dated: June 13, 2011 | By:  /s/ |
| | Julie S. Turner |
| | turner@turnerboyd.com |
| | James W. Beard |
| | beard@turnerboyd.com |
| | Turner Boyd LLP |
| | 2570 W. El Camino Real, Suite 380 |
| | Mountain View, CA 94040 |
| | (650) 521-5930 |

### [PROPOSED] ORDER

IT IS ORDERED that the hearing date on the Motion to Dismiss brought by G C & S CO. (TRANSPACIFIC INC.), d/b/a PACIFIC TRADING be and is hereby continued to ~~August 5, 2011~~ August 26, 2011 at 9:00 a.m. in Courtroom 11, 19th Floor. Opposition and any reply shall be filed and served as set forth in the stipulation.

Dated: June 13, 2011

*/s/ Jeffrey S. White*

Honorable Jeffrey S. White
United States District Court Judge