Peter M. Hart (SBN 107920), Peter.hart@leclairryan.com
LeClairRyan, LLP
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

*Admitted Pro Hac Vice*
Lawrence Grable, lawrenceg@trmglaw.com
Tomlinson Rust McKinstry Grable, P.C.
Two Leadership Square, Suite 450
211 North Robinson Avenue
Oklahoma City, OK 73102
Telephone: (405) 606-3350
Telefax: (866) 633-6165

Attorneys for Defendant
G C & S CO. (TRANSPACIFIC INC.),
d/b/a PACIFIC TRADING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTLAND GIFT, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRODUCT DESIGN CORPORATION, a California Corporation; MICHAEL DOWDALL, an individual; JAMES BRADSHAW, an individual; and G C & S CO. (TRANSPACIFIC INC.), d/b/a PACIFIC TRADING, an Oklahoma Corporation, and DOES 1-100,<br><br>Defendants. | Case No.:3:11-cv-01307 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE STATUS CONFERENCE**<br><br>Date: August 26, 2011<br>Time: 1:30 p.m.<br>Courtroom: 11, 19th Floor |

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES TO THIS ACTION, that the case status conference currently scheduled for August 26, 2011 at 1:30 p.m. be continued for a period of no <u>fewer</u> than 30 days to allow the court to consider the motion to dismiss by G C&S Co. (TRANSPACIFIC INC.) d/b/a PACIFIC TRADING scheduled for August 5, 2011, and to allow the parties sufficient time to meet and confer

for the purposes of preparation of a Joint Case Management Conference Statement and Discovery Plan.

Dated:  June 13, 2011            Respectfully submitted,

By: _____/s/_____
Peter M. Hart
peter.hart@leclairryan.com
LeClairRyan LLP
44 Montgomery Street, 18th Fl.
San Francisco, CA 94104
(415) 391-7111

Dated:  June 13, 2011            By: _____/s/_____
Anne Hiaring Hocking
anne@hiaringlaw.com
Kathy H Dong
kathy@hiaringsmith.com
Vijay K. Toke
vijay@hiaringsmith.com
Hiaring Smith LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
(415) 457-2040

Dated:  June 13, 2011            By: _____/s/_____
James Bradshaw
jbradshaw2161@gmail.com
2161 Thornecroft Lane
Roseville, CA 95747
(913) 461-3822

Dated:  June 13, 2011            By: _____/s/_____
Julie S. Turner
turner@turnerboyd.com
James W. Beard
beard@turnerboyd.com
Turner Boyd LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
(650) 521-5930

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.  3:11-cv-01307 JSW

# [~~PROPOSED~~] ORDER

IT IS ORDERED that the Case Management conference is continued to <u>October 14</u>, 2011, at <u>1:30 p.m.</u>. The parties shall submit a Joint Case Management Conference Statement to the Court by no later than <u>October 7</u>, 2011. The parties shall submit an ADR Certification in accordance with Civil L.R. 16-8(b) and ADR L.R. 3-5(b) and submit an ADR Stipulation in accordance with Civil L.R. 16-8(c) and ADR L.R. 3-5(c), no later than <u>October 7,</u> 2011. All obligations of the parties dictated by Federal Rule of Civil Procedure 26 shall be based on the continued Case Management Conference date set forth herein.

Dated: June 13, 2011

_____
Honorable Jeffrey S. White
United States District Court Judge