1  Julie Turner, Cal. Bar No. 191146
   turner@turnerboyd.com
2  James Beard, Cal. Bar No. 267242
   beard@turnerboyd.com
3
   TURNER BOYD LLP
4  2570 W. El Camino Real
   Suite 380
5  Mountain View, CA 94040
   Telephone:  (650) 521-5930
6  Facsimile:  (650) 521-5931

7  *Attorneys for Defendants and Counterclaimants
   Product Design Corporation and Michael
8  Dowdall*

9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | WESTLAND GIFTWARE, INC. a California ) | Case No.: 3:11-cv-01307 JSW
   | Corporation                          )
13 |                                      ) | **JOINT STIPULATION, MOTION AND**
   |                             Plaintiff, ) | **[PROPOSED] ORDER TO CONTINUE**
14 |                                      ) | **SETTLEMENT CONFERENCE TO ON**
   |     vs.                              ) | **OR AFTER JANUARY 23, 2012**
15 |                                      )
   | PRODUCT DESIGN CORPORATION a         )
16 | California Corporation,  MICHAEL     )
   | DOWDALL, an individual, JAMES        )
17 | BRADSHAW, an individual and G C & S CO. )
   | (TRANSPACIFIC INC.) dba PACIFIC      )
18 | TRADING an Oklahoma Corporation, and )
   | DOES 1 – 100.                        )
19 |                                      )
   |                          Defendants. )
20 | _____ )
21 |                                      )
   | AND RELATED COUNTERCLAIMS AND        )
22 | CROSSCLAIMS                          )
23 | _____ )

24       WHEREAS, a settlement conference in this matter is currently scheduled to be held on
25 December 20, 2012; and
26       WHEREAS, Julie Turner, counsel for Defendants and Counterclaimants Product Design
27 Corporation and Michael Dowdall, will be on medical leave from December 12, 2011 until at
28 least January 15, 2012; and

JOINT STIPULATION, MOTION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE
Case No. C 3:11-cv-01307 JSW                   1

WHEREAS, no other attorney in Ms. Turner's law firm is in a position to represent Product Design Corporation and Mr. Dowdall at the Settlement Conference in Ms. Turner's stead;

THEREFORE, the parties hereby stipulate and jointly move the Court to continue the date to hold the aforementioned settlement conference from December 20, 2011, to any day on or after January 23, 2012, as the Court's schedule permits.

The parties respectfully request that the Court grant this motion and reschedule the settlement conference to be held on or after January 23, 2012.

Respectfully Submitted,

TURNER BOYD LLP

*/s/ James Beard*
Julie S. Turner
**James W. Beard**
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040

*Attorneys for Defendants and Counterclaimants Product Design Corporation and Michael Dowdall*

TOMLINSON RUST MCKINSTRY GRABLE

*/s/ Lawrence Grable*
**Lawrence Franklin Grable**
Two Leadership Square
Suite 450
211 N. Robinson Avenue
Oklahoma City, OK 73102
101 Lucas Valley Rd, Suite 300
San Rafael, CA 94903

*Attorney for Defendant and Counterclaimant G C & S Co. (Transpacific Inc.)*

*/s/ James Bradshaw*
**James Bradshaw**
2161 Thornecroft Lane
Roseville, CA 95747

*Pro Se*

Dated: December 5, 2011

HIARING SMITH, LLP

*/s/ Vijay Toke*
**Vijay K. Toke**
Anne Hiaring Hocking
Kathy Dong
101 Lucas Valley Rd
Suite 300
San Rafael, CA 94903

*Attorneys for Plaintiff and Counterdefendants Westland Giftware, Inc. and Kenneth Kim*

LECLAIRRYAN LLP

*/s/ Peter Hart*
**Peter Michael Hart**
44 Montgomery Street
18th Floor
San Francisco, CA 94104-4705

*Attorney for Defendant and Counterclaimant G C & S Co. (Transpacific Inc.)*

---

JOINT STIPULATION, MOTION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE
Case No. C 3:11-cv-01307 JSW                    2

1  [PROPOSED] ORDER

2      For the reasons set forth in the Parties' joint stipulation and motion to continue the date
3  for the scheduled settlement conference in the above-captioned matter, and finding good cause to
4  do so, the Court hereby GRANTS the Parties' motion to continue the settlement conference date.
5  The original settlement conference date of December 20, 2011, is hereby vacated.  The
6  Settlement Conference will instead be held on  Thursday, January 26, 2012  at 9:00 a.m., at
7  the United States District Court, 15th Floor, Court Room C, Federal Building, 450 Golden Gate
8  Avenue, San Francisco, California 94102.
9      IT IS SO ORDERED.
10     Dated: 12/6/2011

                                    _____
                                    Bernard Zimmerman
                                    U.S. Magistrate Judge