Anne Hiaring Hocking, Cal. Bar No. 88639
*anne@hiaringsmith.com*
Vijay K. Toke, Cal. Bar No. 215079
*vijay@hiaringsmith.com*
HIARING + SMITH, LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
Telephone: (415) 457-2040
Facsimile: (415) 457-2822

Attorneys for Plaintiff/Counterdefendant
WESTLAND GIFTWARE, INC. and
KENNETH KIM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTLAND GIFTWARE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRODUCT DESIGN CORPORATION, a California Corporation; MICHAEL DOWDALL, an individual; JAMES BRADSHAW, an individual; and G C & S CO. (TRANSPACIFIC INC.), d/b/a PACIFIC TRADING, an Oklahoma Corporation, and DOES 1-100,<br><br>Defendants. | Case No.:3:11-cv-01307 JSW (BZ)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)];**<br><br>**ORDER** |

////

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED** by and between WESTLAND GIFTWARE, INC., KENNETH KIM ("Plaintiffs" and "Counterdefendants"), on the one hand, and PRODUCT DESIGN CORPORATION, MICHAEL DOWDALL, JAMES BRADSHAW, and G C & S CO. (TRANSPACIFIC INC.), d/b/a PACIFIC TRADING ("Defendants" and "Counterclaimants"), on the other hand, by and through their respective counsel of record herein, that the entirety of the above-captioned action, including Plaintiff's Complaint, and all claims therein, Counterclaimants' Counterclaims, and all claims therein, and all cross-claims, shall be **DISMISSED WITH PREJUDICE.**

Each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 21, 2012      By:   /s/ Vijay K. Toke
Vijay K. Toke
vijay@hiaringsmith.com
Hiaring Smith LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
(415) 457-2040
Attorneys for
*Plaintiff and Counterdefendant*
*WESTLAND GIFTWARE, INC. and*
*KENNETH KIM*

Dated: June 21, 2012      By:   /s/ Peter M. Hart
Peter M. Hart
peter.hart@leclairryan.com
LeClairRyan LLP
44 Montgomery Street, 18th Fl.
San Francisco, CA 94104
(415) 391-7111
Attorneys for
*Defendants/ Counterclaimants*
*G C & S CO. (TRANSPACIFIC INC.)*
*d/b/a PACIFIC TRADING*

| | | | |
|---|---|---|---|
| Dated: June 21, 2012 | | By: | /s/ Lawrence F. Grable |
| | | | Lawrence Franklin Grable |
| | | | lawrenceg@trmglaw.com |
| | | | Tomlinson Rust McKinstry Grable |
| | | | Two Leadership Square |
| | | | Suite 450 |
| | | | 211 N. Robinson Avenue |
| | | | Oklahoma City, OK 73102 |
| | | | (405) 606-3350 |
| | | | Attorneys for |
| | | | *Defendants/ Counterclaimants* |
| | | | *G C & S CO. (TRANSPACIFIC INC.)* |
| | | | *d/b/a PACIFIC TRADING* |

Dated:  June 21, 2012         By:     /s/ James Bradshaw
                                      James Bradshaw
                                      jbradshaw2161@gmail.com
                                      2161 Thornecroft Lane
                                      Roseville, CA 95747
                                      (913) 461-3822
                                      *Pro Se*
                                      *Defendant*

Dated:  June 21, 2012         By:     /s/ Julie S. Turner
                                      Julie S. Turner
                                      turner@turnerboyd.com
                                      James W. Beard
                                      beard@turnerboyd.com
                                      Turner Boyd LLP
                                      2570 W. El Camino Real, Suite 380
                                      Mountain View, CA 94040
                                      (650) 521-5930
                                      Attorneys for
                                      *Defendants and Counterclaimants*
                                      *PRODUCT DESIGN CORPORATION;*
                                      *MICHAEL DOWDALL,*

**IT IS SO ORDERED**

Date:  June 21, 2012

_____
Honorable Jeffrey S. White
United States District Judge

---

3
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]**
**CASE NO.  3:11-cv-01307 JSW (BZ)**